UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LILIAN AIDOO, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ASSET ACCEPTANCE LLC,<br><br>    Defendant. | Civil Action No.: 08-CV-6217 |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of the undersigned on behalf of the Defendant, ASSET ACCEPTANCE LLC, and send all future Court notices to the following:

/s/ *THOMAS R. DOMINCZYK*
_____
THOMAS R. DOMINCZYK (TD-7835)
**MAURICE & NEEDLEMAN, P.C.**
Attorneys for Defendant,
Portfolio Recovery Associates, LLC
5 Walter E. Foran Blvd., Suite 2007
Flemington, NJ  08822
(908) 237-4550
(908) 237-4551 fax
trd@mnlawpc.com

Date: July 22, 2008