**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LILIAN AIDOO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASSET ACCEPTANCE LLC,<br><br>Defendant. | Civil Action No.: 08-CV-6217 (LTS)(DFE) |

**DEFENDANT ASSET ACCEPTANCE, LLC's**
**RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**

Defendant, Asset Acceptance, LLC, by and through its counsel, Thomas R. Dominczyk, Esq., hereby submits its Corporate Disclosure Statement and states as follows:

Asset Acceptance, LLC, is an indirect wholly owned subsidiary of Asset Acceptance Capital Corp., a non-governmental entity. Asset Acceptance Capital Corp. is a publicly traded company. No publicly held corporation owns ten percent (10%) or more of the stock of Asset Acceptance Capital Corp.

/s/ *THOMAS R. DOMINCZYK*
_____
THOMAS R. DOMINCZYK (TD-7835)
**MAURICE & NEEDLEMAN, P.C.**
Attorneys for Defendant,
Asset Acceptance, LLC
5 Walter E. Foran Blvd., Suite 2007
Flemington, NJ  08822
(908) 237-4550
(908) 237-4551 fax
trd@mnlawpc.com

Date: July 24, 2008

**CERTIFICATION OF FILING AND SERVICE**

I certify that on July 24, 2008, the foregoing document was electronically filed via CM/ECF with the Clerk, United States District Court for the Southern District of New York. I further certify that I caused a copy of the foregoing to be served via regular mail on:

Abraham Kleinman, Esq. (AK-6300)
KLEINMAN LLC
626 RexCorp Plaza
Uniondale, New York 11556-0626

By: **/s/ Thomas R. Dominczyk**
Thomas R. Dominczyk, Esq.

Date: July 24, 2008