USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 2 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LILIAN AIDOO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASSET ACCEPTANCE LLC,<br><br>Defendant. | Civil Action No.: 08-CV-6217 (LTS)(DFE) |

### STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

Plaintiff Lilian Aidoo, by and through her counsel, Abraham Kleinman, Esq. and Defendant, Asset Acceptance, LLC, by and through its counsel, Thomas R. Dominczyk, Esq., do hereby agree and stipulate that Defendant is given an extension until August 31, 2008 to file a responsive pleading to Plaintiff's Complaint. Plaintiff's Complaint was filed on July 9, 2008 and served upon Defendant on or about July 11, 2008. There have been no prior extensions to the period to answer or otherwise move.

KLEINMAN LLC

By: _____
Abraham Kleinman, Esq. (AK-6300)
626 RexCorp Plaza
Uniondale, New York 11556-0626
(516) 522-2621 phone
(888) 522-1692 fax
Attorneys for Plaintiff

Date: _____

MAURICE & NEEDLEMAN, P.C.

By: _____
Thomas R. Dominczyk, Esq. (TD-7835)
5 Walter E. Foran Blvd., Suite 2007
Flemington, New Jersey 08822
(908) 237-4550 phone
(908) 237-4551 fax
Attorneys for Defendant

Date: 7/24/08

THIS STIPULATION IS "SO ORDERED"
THIS 11th DAY OF August, 2008

_____
HONORABLE